UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael I. Tate, also known as Michael M. Johnson,

        Plaintiff,

v.

Dr. William Scheidt and Nurse Shantel Erickson,

        Defendants.

Case No. 15-cv-3115 (WMW/BRT)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

This matter is before the Court on the October 7, 2016 Report and Recommendation ("R&R") of United States Magistrate Judge Janie S. Mayeron. (Dkt. 76.) The R&R recommends granting Defendant Dr. William Scheidt's motion to dismiss, (Dkt. 62), and dismissing Plaintiff Michael I. Tate's complaint against Dr. Scheidt with prejudice. Tate filed a letter in response to the R&R on October 28, 2016. (Dkt. 77.) However, Tate's October 28 letter does not raise any objections to the R&R. Indeed, the October 28 letter states that Tate is "not appealing . . . the court's decision on Dr. William [Scheidt]."[1] In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, the Court finds no clear error.

---

[1] Rather, Tate contends that his letter is "more of an appeal of the civil suit[ ] on the [Minnesota Department of Correction]." This Court granted the Minnesota Department of Correction's motion to dismiss on June 27, 2016. (Dkt. 56.) To the extent that Tate's October 28 letter seeks leave to file a motion to reconsider the June 27 Order, it fails to demonstrate the requisite compelling circumstances. *See* LR 7.1(j). Indeed, the October 28 letter does not raise any specific objections to the June 27 Order.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The October 7, 2016 R&R, (Dkt. 76), is **ADOPTED**;

2. Defendant Dr. William Scheidt's motion to dismiss, (Dkt. 62), is **GRANTED**; and

3. Plaintiff's complaint as against Dr. Scheidt is **DISMISSED WITH PREJUDICE**.

Dated:  December 7, 2016                                s/Wilhelmina M. Wright
                                                                                             Wilhelmina M. Wright
                                                                                             United States District Judge